# United States District Court
## Violation Notice

MY95

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **4475108** | Tomasiello | 580 |

4475108

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 5/12/14   0034 | 36 CFR 4.23(a)(1) |

Place of Offense

N/B BW 510 197

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Driving under the influence of
Alcohol.
43228

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Suddao | Adam | Q |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| SBM 3711 | MD | 09 | Honda 4dc | | S.1 |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

N/A

| | $ | Forfeiture Amount |
|---|---|---|
| | | + $25 Processing Fee |
| **PAY THIS AMOUNT →** | $ | **Total Collateral Due** |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

[Rev. 01/2011]                    Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
                Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
                Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle; CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident