# United States District Court
## Violation Notice

MY95

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4475113 | Tomasiello | 680 |

4475113

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 5/12/14  0034 | MTA 21-304(b) |

**Place of Offense**
N/B BW Ramp from Powdermill

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
Unsafe passing on right

14-43228

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Suddoo | Adam | Q |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5RM 3711 | MD | 09 | Hyund 4d | | Sil |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

M/A

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →**  $ _____  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: _____

(Rev. 01/2011)   Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident